2005R00190/PJD

**RECEIVED**

MAR 3 1 2006

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :    Criminal No. 06-254 (JHR)

        v.                              :    21 U.S.C. § 841(a)(1) & (b)(1)(B)

JAMES WILLIAMS                  :    I N F O R M A T I O N

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges that:

On or about April 4, 2004, in Essex County, in the District of New Jersey, and elsewhere, defendant

JAMES WILLIAMS

did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of a mixture or substance containing cocaine base, specifically "crack," a Schedule II narcotic drug controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

CASE NUMBER: 2005R00190

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

JAMES WILLIAMS

# INFORMATION CHARGING VIOLATION OF

21 U.S.C. §841(a)(1) & (b)(1)(B)

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

PHILIP JAMES DEGNAN
ASSISTANT U.S. ATTORNEY
973-645-2713

USA-48AD 8
(Ed. 1/97)