UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**RECEIVED**

MAR 3 1 2006

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : **WAIVER OF INDICTMENT** |
| JAMES WILLIAMS | : Crim. No. 06- 254 (JHR) |

I, James Williams, the above-named defendant, who is charged with:

> knowingly and intentionally distributing and possessing with intent to distribute 5 grams or more of cocaine base or "crack," a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)

have been advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive in open court on <u>March 31, 2006</u> prosecution by indictment and consent that the prosecution may be by information rather than by indictment.

_____
James Williams
Defendant

_____
Stacy Ann Biancamano, AFPD
Counsel for James Williams

Before: _____
Hon. Joseph E. Irenas
United States Senior District Judge

3/31/06