# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:** HELD IN NEWARK

August 25, 2006
**DATE OF PROCEEDINGS**

**JUDGE** JOSEPH E. IRENAS

**COURT REPORTER:** Mollie Giordano

Other(s) __Joanne Young, US Probation__

**Docket #** CR 06-254(JHR)

**TITLE OF CASE:**
UNITED STATES OF AMERICA
    vs.
JAMES WILLIAMS
      **PRESENT**

**APPEARANCE:**
RICARDO SOLANO, AUSA for USA
STACY BIANCAMANO, AFPD for defendant

**NATURE OF PROCEEDINGS:**     SENTENCING

SENTENCE: 84 months imprisonment. 4 Years Supervised Release.
SPECIAL CONDITIONS: Financial Disclosure. DNA Collection.
FINE: Waived
SPECIAL ASSESSMENT: $100
Defendant advised of right to appeal.
The Court recommends designation to Ft Dix or FCI Fairton
Defendant remanded to the custody of the United States Marshal.

Adjourned to:_____   Time commenced: 11:50 a.m.   Time Adjourned: 12:10 a.m.

                    s/ Michael F. Rivera
                    DEPUTY CLERK

cc: Chambers