# UNITED STATES DISTRICT COURT
for the

_____ District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: Cr 06-254 |
| | ) | USM No: 26609-050 |
| Date of Previous Judgment: 8/25/06 | ) | Troy A. Archie, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __70 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __25__              Amended Offense Level: __23__
Criminal History Category: __IV__           Criminal History Category: __IV__
Previous Guideline Range: __84__ to __105__ months   Amended Guideline Range: __70__ to __87__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

See Opinion Dated 1/9/09

Except as provided above, all provisions of the judgment dated __8/25/06__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/9/09

Effective Date: _____
(if different from order date)

Judge's signature

Joseph E. Irenas, S.U.S.D.J.
Printed name and title