PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: James Williams                                    Cr.: 06-00254-001
                                                                    PACTS No: 40489

Name of Sentencing Judicial Officer: Honorable Joseph E. Irenas, Sr. U.S. District Judge

Date of Original Sentence: 08/25/06
Date of Sentence Reduction: 01/09/09

Original Offense: Possession with Intent to Distribute Cocaine Base

Original Sentence: 84 months imprisonment; 4 years supervised release; $100 special assessment. Special conditions: Financial Disclosure; DNA collection.
Reduced Sentence: 70 months imprisonment; All previous conditions remain in effect.

Type of Supervision: Supervised Release                Date Supervision Commenced: 05/05/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 6, 2009, Williams was arrested by a Newark Police Department Task Force following a search warrant executed at his residence. According to police reports, Williams sold cocaine to an undercover officer on July 31, 2009. Williams was charged with conspiracy to distribute narcotics with codefendant, Antione Poole and possession of drug paraphernalia. Williams' brother, Clark Williams was also charged. |
| 2 | Williams associated with convicted felons, Antione Poole and Clark Williams. According to the New Jersey State Bureau of Investigation, Antione Poole is a convicted felon under SBI number 319190C. Clark Williams is a convicted felon under SBI number 217513C. |

U.S. Probation Officer Action:

The Probation Office has intensified supervision efforts to include increased office reporting, random urinalysis, and community contact with the offender. The offender is gainfully employed through the New Careers Project and receives weekly job training/mentoring. Our office recommends withholding Court action at this time.

Respectfully submitted,

By: Anthony J. Nisi
   U.S. Probation Officer
Date: 09/15/09

[X] Withhold Court Action
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

9/18/09
_____
Date